

# Ginarte Gallardo González Winograd L.L.P.

JOSEPH A. GINARTE✶
MICHAEL A. GALLARDO ☐
RICHARD M. WINOGRAD ᵛ☐
MANUEL GONZALEZ ᐃ
ELLEN RADIN ᐃ 3
MARK MAURER ☐
LEWIS ROSENBERG ◊ 3
STEVEN R. PAYNE ☐ ∘
ROBERT H. BAUMGARTEN ☐ᵛ 3
JOHN J. RATKOWITZ ᐃ 3
JEFFREY M. KADISH ☐ ᵛ 3
PATRICK M. QUINN +
JAMES P. KRUPKA ᐃ
JOHN M. PIRO ☐
TIMOTHY NORTON +
CHRISTOPHER IAVARONE ᐃ
DANIEL L. MAISEL ᐃ
MICHAEL L. EDELMAN ☐
TIMOTHY BARTZOS ᐃ
ALAN T. GRENING ᵖ
NICHOLAS BLATTI +
BRADLEY R. LAWRENCE ☐
JONATHAN SAKS +
DOREEN E. WINN ☐ 3

ATTORNEYS AT LAW

THE WOOLWORTH BUILDING
233 BROADWAY, 24th FLOOR
NEW YORK, NY 10279

(646) 354-4155
E-FAX: (646) 381-1679

**WWW.GINARTE.COM**
Ginarte ® is a registered trademark in the U.S. Patent and Trademark Office

NEWARK
NEW YORK
UNION CITY
ELIZABETH
CLIFTON
PERTH AMBOY
QUEENS

ᵛ CERTIFIED CIVIL TRIAL ATTORNEY
3 OF COUNSEL
+ ADMITTED TO NY
☐ ADMITTED TO NJ & NY
✶ ADMITTED TO NJ, NY & DC
◊ ADMITTED TO NY & MA
ᐃ ADMITTED TO NJ
∘ ADMITTED TO CALIFORNIA
ᵖ ADMITTED TO NJ & PA

ROGER GUARDA, CLAIMS MGR.

EDELMAN & EDELMAN 3
JOSEPH P. CARFORA 3
DARREN T. SUELTO 3

September 11, 2019

*Via ECF*
Hon. Judge Denis R. Hurley
United States District Court
Eastern District of New York
100 Federal Plaza, Central Islip, NY 11722

  **Re:** **Lopez et. al. v. Kandhari et. al.**
     **Docket No.:** **2:19-cv-04899**
     **Our File No.:** **253198**

Honorable Judge Hurley:

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>

  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs, Yoryunio Lopez and Jorge Rincon hereby give Notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants, Jagyoti S. Kandhari, Amit K. Singh, Uber Technologies, Inc., Uber USA, LLC, Raiser, LLC and Raiser-NY, LLC.

Re:     Judge Denis R. Hurley
        Lopez et. al. v. Kandhari et. al.
        Docket No.:   2:19-cv-04899
        Our File No.:   253198

      Thank you for Your Honor's consideration in this regard.

                                                Respectfully submitted,

                                                Michael L. Edelman (MLE-6838)

MLE/as